UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TOBENNA ERIKE and CHIKEZIE NWANKWO,

Plaintiffs,

-against-

CITY OF NEW YORK, P.O. ANDRE DURANT, Shield #4171, ROBERT STEVENS, Tax #970241, CHRISTOPHER SOTO, Tax #974562, JANE DOE #1 (The person intended being female, and one of the first two officers who seized Tobenna Erike when Erike was pushed out of Niagara bar), P.O. RAFAEL DeLaCRUZ, Tax #945652, JASON WU, Tax #947659, OLIVIA WHITMER, SHANNON McNEILL, and CLARA WEBER,

Defendants.
-------------------------------------------------------------------X

Case No. 25-cv-06908-AKH

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE,** that upon the Declaration of Teresa L. Staiano, dated September 24, 2026, and the exhibits annexed thereto, and upon the Memorandum of Law in Support, dated September 24, 2026; and upon the prior papers and proceedings had herein, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, United States District Court Judge, United States District Court for the Southern District of New York, on a date and at a time to be determined by the Court, at the courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint (Docket No. 43) for failure to state a claim upon which relief can be granted, and for additional grounds cited in the accompanying memorandum of law, and for such other and further relief deemed just and proper.

Dated: Islandia, New York
September 24, 2026

Yours, etc.,

LEWIS JOHS AVALLONE AVILES, LLP

By: /s/ Teresa L. Staiano

Teresa L. Staiano
Michael J. Del Piano
1377 Motor Parkway, Suite 400
Islandia, New York 11749
(631) 755-0101
tlstaiano@lewisjohs.com
mjdelpiano@lewisjohs.com

*Attorneys for Defendant Olivia Whitmer*

TO: **VIA ECF:**

LAW OFFICES OF K.C. OKOLI, P.C.
Attn: Kenechukwu Chudi Okoli, Esq.
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 564-8154
kcokoli@verizon.net

*Attorneys for Plaintiffs*

STEVEN BANKS
Corporation Counsel of the City of New York
Attn: Christine Colalillo, Assistant Corporation Counsel
Special Federal Litigation Bureau
100 Church Street, Third Floor
New York, New York 10007
(212) 356-2599

*Attorneys for Defendants City of New York,*
*Andre Durant, Rafael De La Cruz, Jason Wu and Christopher Soto*

**<u>VIA FIRST-CLASS MAIL:</u>**

ROBERT STEVENS, Tax #970241
NYPD, 9th Precinct
321 East 5th Street
New York, New York 10003

SHANNON McNEILL
5316 Lakeshore Avenue
Westerville, Ohio 43082

CLARA WEBER
126 Penwood Road
Lakeside Park, Kentucky 41017