UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOBENNA ERIKE and CHIKEZIE NWANKWO

Plaintiffs,

-against-

CITY OF NEW YORK, P.O. ANDRE DURANT, Shield #4171, ROBERT STEVENS, Tax #970241, CHRISTOPHER SOTO, Tax #974562, JANE DOE #1 (The person intended being female, and one of the first two officers who seized Tobenna Erike when Erike was pushed out of Niagara bar), P.O. RAFAEL DeLaCRUZ, Tax #945652, JASON WU, Tax #947659, OLIVIA WHITMER, SHANNON McNEILL, and CLARA WEBER.

Defendants.

**ORDER REGULATING PROCEEDINGS**

25 Civ. 6908 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties appeared before me for a status conference on September 24, 2026. As stated at the conference, I order the following:

1. Discovery is this case closed on August 24, 2026 and shall not be reopened absent a showing of good cause and prejudice.
2. The deadline for joinder of additional parties lapsed on May 8, 2026 and no additional parties shall be joined.
3. Summary judgment motions and any other pre-trial motion shall be filed by October 22, 2026. Oppositions shall be filed by December 9, 2026. Any reply shall be filed by December 16, 2026. There shall be no cross motions.

4. Plaintiffs shall have until November 25, 2026 to oppose the motion to dismiss filed by Defendant Olivia Whitmer on September 24, 2026. Any reply shall be due December 16, 2026.

5. The dates stated in this order will not be extended.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge